UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSE RECARTE,

                      Plaintiff,

        -against-

SIXTEEN ELLIOT INC. et al.,

                    Defendants.

------------------------------------------------------------x

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 31, 2020 conference is adjourned to June 2, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge