# CLIFTON BUDD & DeMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-____
www.cbdm.com

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

May 26, 2020

**SO ORDERED:**

_George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: JUN 0 1 2020

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: *Recarte et al v. Twenty-Three-One-Nought-W, LLC et al*
1:18-cv-08534-GBD
**Request to Adjourn Conference**

Dear Judge Daniels:

This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph II(C) of Your Honor's Individual Practices, Defendants write on behalf of all parties to provide a status report and request that the status conference currently scheduled for Tuesday, June 2, 2020, be adjourned for 35 days until Tuesday, July 7, 2020, or another time that is convenient for the Court.

The parties have been working amicably to complete discovery. Party depositions have been completed. There are no disputes requiring judicial intervention at this time. Because this is a wage case where plaintiff's hours worked are vigorously disputed by the parties, the parties anticipate that several non-party depositions will be necessary. These depositions could not be scheduled due to the difficulties caused by the global COVID-19 pandemic, which is the reason for this 35-day adjournment request. No other scheduled dates will be affected by an adjournment.

Thank you for Your Honor's consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Arthur J. Robb
Ian-Paul A. Poulos

cc: All Counsel of Record