UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOSE RECARTE, *individually and on behalf of others similarly situated*,

                                 Plaintiff,

        -against-

SIXTEEN ELLIOT INC., *d/b/a Sixteen Elliot Place*, MARTIN ROONEY, and TWENTY-THREE-ONE-NOUGHT-W, LLC, *d/b/a 2310 Walton Avenue*,

                                Defendants.
------------------------------------- x

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, United States District Judge:

The July 7, 2020 conference is adjourned to August 18, 2020 at 9:45 a.m.

Dated: New York, New York
       July 6, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge