**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSE RECARTE, *individually and on behalf of others similarly situated*,

                      Plaintiff,

-against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place, MARTIN ROONEY, TWENTY-THREE-ONE-NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 27, 2021 is hereby cancelled. A status conference is set for June 1, 2021 at 9:45 a.m.

Dated: April 26, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE