UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

JOSE RECARTE, *individually and on behalf of others similarly situated*,

                      Plaintiff,

-against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place, MARTIN ROONEY, TWENTY-THREE-ONE-NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

                      Defendants.

------------------------------------- X

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Defendants shall file an opposition to Plaintiff's letter motion to amend the complaint on or before May 26, 2021,

- Plaintiff shall file a reply in support of his letter motion to amend the complaint on or before June 9, 2021.

The status conference is adjourned from June 1, 2021 to June 29, 2021 at 9:45 a.m.

The Clerk of Court is directed to close the consent letter motion, (ECF No. 59), accordingly.

Dated: April 27, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE