# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

May 25, 2021

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: MAY 26 2021

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

ELECTRONICALLY FILED
DATE FILED: MAY 26 2021

Re: *Recarte et al v. Twenty-Three-One-Nought-W, LLC et al*
1:18-cv-08534-GBD
Request for Extension of Briefing Schedule

Dear Judge Daniels:

This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph II(C) of Your Honor's Individual Practices, Defendants write with Plaintiff's consent to request an extension of the briefing schedule for Plaintiff's motion to amend the complaint (ECF Doc. 57) ("Motion"). The Defendants require a short extension to respond.

- Defendants' opposition from Wed., May 26, 2021, to on or before Friday, June 4, 2021.

- Plaintiff's reply from Wed., June 9, 2021, to on or before Friday, June 18, 2021.

This is the first request to extend the briefing schedule. No other scheduled dates will be affected by this request.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Arthur J. Robb
Ian-Paul A. Poulos

cc: All Counsel of Record