# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

khuey@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 27 2021

July 26, 2021

**SO ORDERED**
The status conference is adjourned from July 27, 2021 to October 5, 2021 at 9:45 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS
JUL 27 2021

**VIA ECF**
Judge George Daniels
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Recarte et al v. Twenty-Three-One-Nought-W, LLC
      18-cv-08534-GBD

Dear Judge Daniels,

This firm represents the Plaintiff Jose Recarte in the above-referenced matter. We write with Defendants' consent to respectfully reschedule the status conference scheduled for July 27, 2021. At present, we have had some difficulty reaching out to the Plaintiff though we intend to obtain the contact information of the Plaintiff's witnesses mentioned in the interrogatory and establish acceptable dates for the Deposition of the Plaintiff's wife.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Khalil Huey*
Khalil Huey Esq.
**MICHAEL FAILLACE &
ASSOCIATES, P.C.**
*Attorneys for the Plaintiff*