**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSE RECARTE, *individually and on behalf of*
*others similarly situated,*

                      Plaintiff,

      -against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place,
MARTIN ROONEY, TWENTY-THREE-ONE-
NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

      The status conference scheduled to occur on October 5, 2021 is adjourned to November 2,

2021 at 9:45am.


Dated: October 5, 2021
        New York, New York

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE