**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X

JOSE RECARTE, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place, MARTIN ROONEY, TWENTY-THREE-ONE-NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

                Defendants.

------------------------------------ X

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on November 2, 2021 is adjourned to November 30, 2021 at 9:45am.

Dated: November 2, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE