UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSE RECARTE, *individually and on behalf of others similarly situated*,

                         Plaintiff,

-against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place, MARTIN ROONEY, TWENTY-THREE-ONE-NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

                         Defendants.

------------------------------------- X

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference scheduled to occur on November 30, 2021 is adjourned to January 11, 2022 at 9:45am.

Dated: November 29, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE