**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
:
JOSE RECARTE, *individually and on behalf of* :
*others similarly situated*, :
:
:
Plaintiff, :
-against- : ORDER
:
SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place, : 18 Civ. 8534 (GBD)
MARTIN ROONEY, TWENTY-THREE-ONE- :
NOUGHT-W LLC *d/b/a* 2310 Walton Avenue, :
:
Defendants. :
------------------------------------- X

GEORGE B. DANIELS, District Judge:

The status conference scheduled for April 26, 2022 is adjourned to May 24, 2022 at 9:45am.

Dated: April 21, 2022
    New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE