**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSE RECARTE, *individually and on behalf of*
*others similarly situated*,

                   Plaintiff,

       -against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place,
MARTIN ROONEY, TWENTY-THREE-ONE-
NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

     In light of the parties' notice that the parties have reached a settlement in principle on all

issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*.

The settlement agreement is due June 15, 2022.

Dated: May 17, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE