# CLIFTON BUDD & DeMARIA, LLP

### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

June 14, 2022



SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JUN 14 2022

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:  *Recarte et al v. Twenty-Three-One-Nought-W, LLC et al*
1:18-cv-08534-GBD
Request for Adjournment

Dear Judge Daniels:

This firm represents the Defendants in the above-referenced action. We write on behalf of all parties to request a short two-week extension—from June 15, 2022, until June 29, 2022—to finalize and submit the settlement agreement for approval by this Court. The parties have been exchanging drafts of the settlement agreement, but additional time is required before it is ready for execution.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Arthur J. Robb
Ian-Paul A. Poulos

cc:  All Counsel of Record