UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSE RECARTE, *individually and on behalf of others similarly situated*,

                Plaintiff,

    -against-

SIXTEEN ELLIOT INC. *d/b/a* Sixteen Elliot Place, MARTIN ROONEY, TWENTY-THREE-ONE-NOUGHT-W LLC *d/b/a* 2310 Walton Avenue,

Defendants.

------------------------------------- x

ORDER

18 Civ. 8534 (GBD)

GEORGE B. DANIELS, District Judge:

The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (ECF No. 92.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $10,000.00, which is inclusive of all attorney's fees and costs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to close this case accordingly.

Dated: July 13, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge